In the Matter of the Claim of JOHN NAGENGAST, Respondent, against EDWARD G. SPATZ et al., Appellants.

STATE INDUSTRIAL BOARD, Respondent.

Submitted April 10, 1940; decided April 26, 1940.

574

*J. Vanderbilt Straub* for appellant.

*John J. Bennett, Jr., Attorney-General (Roy Wiedersum* of counsel), for State Industrial Board, respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.